JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAK HAGHPANAH JAHROMI and ABDOLALI HAGHPANAH JAHROMI, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, in his official capacity as U.S. Secretary of State, and TIMOTHY W. SMITH, in their official capacity as Acting Director of Screening, Analysis and Coordination, <br><br> Defendants. | Case No. 8:25-cv-00246-JWH-DFM <br><br> **JUDGMENT** |

1 | Pursuant to the "Order Granting Defendants' Motion to Dismiss [ECF No. 11]" filed substantially contemporaneously herewith, and in accordance with Rules 12 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Plaintiffs' Petition [ECF No. 1] is **DISMISSED without prejudice**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 9, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE